AUSA: Jeremiah Smith Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kenton Weston Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Axzavier Sincere Hudgins

Case No. Case: 2:26−mj−30521
Assigned To : Unassigned
Assign. Date : 8/27/2026
Description: CMP USA V. HUDGINS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of on or about April 30, 2026 - May 8, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 27, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kenton Weston, being first duly sworn, hereby state:

**INTRODUCTION**

1. I have been employed as a Special Agent with the ATF and assigned to the Detroit Field Division since 2018. I have a bachelor's degree in accountancy from Western Michigan University. I have graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program, the ATF Special Agent Basic Training Program, and the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course. Additionally, I have provided sworn expert testimony in Federal Court regarding the identification of PMFs and the mechanics of MCDs.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my

employment with the ATF, I have been involved as a case agent or co-case agent in over one hundred and fifty investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, dozens of MCDs, and over two hundred and thirty arrests.

3. This affidavit is made in support of an application for a criminal complaint for Axzavier HUDGINS, (DOB: XX/XX/2005).

4. I have probable cause to believe that HUDGINS knowingly possessed a firearm while being a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

5. I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

6. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## PROBABLE CAUSE

7. Since November 2023, I have been investigating members of the Detroit Police Department (DPD) validated street gang JTK. I am aware that JTK members have been arrested for a homicide, drive by shootings, and possessing firearms and machineguns that were ballistically linked to over 20 shooting incidents during a two-year period. I have personally arrested eight JTK members or associates for illicitly possessing MCDs and/or firearms. Their cases resulted in federal prosecution. During those investigations, the defendants shared firearms and machineguns between gang members and their associates. HUDGINS is a DPD-verified JTK member.

## PROHIBITED STATUS

8. I personally investigated HUDGINS for illegally possessing a machinegun in March 2024. The investigation resulted in HUDGINS pleading guilty for violating 18 U.S.C. § 922(o) (Illegal possession of a machinegun). I was present when HUDGINS was sentenced by the Honorable Laurie J. Michelson to 20 months imprisonment and thus know HUDGINS is prohibited from possessing firearms.

## POSSESSION OF A GLOCK PISTOL ON INSTAGRAM

9. On July 14, 2026, pursuant to a federal search warrant for the Instagram account associated with HUDGINS, vanity name “turntmarii”, I conducted a partial

searched for evidence pertaining to HUDGINS's illicit firearm possession. The following is a summary of the pertinent information that I observed:

**POSSESSION OF A GLOCK PISTOL ON LIVE BROADCASTS**

10. On April 30, 2026, on an Instagram Live broadcast, HUDGINS possessed a Glock pistol with an aftermarket belt clip and an extended magazine (Image 1).

<u>IMAGE 1</u>



11. Five days later, on an Instagram Live broadcast, HUDGINS possessed a Glock pistol with an extended magazine (Image 2) and the same aftermarket belt clip displayed in Image 1.

IMAGE 2



12. Image 3 is captured from the same broadcast. Image 4 is an enlargement of an image of HUDGINS'S thumb on top of the belt clip, captured from the same Instagram broadcast as Images 2, 3, & 6.

<u>IMAGE 3</u>



<u>IMAGE 4</u>



13. I searched publicly available websites for aftermarket belt clips for semi-automatic pistols. I subsequently compared a Techna Clip (Image 5) to the displayed belt clip attached to the Glock firearm in HUDGINS'S possession. I recognized the two items to be the same.

IMAGE 5




IMAGE 4



14. Additionally, a chambered round is visible (Image 6) in the Glock possessed by HUDGINS.

IMAGE 6



15. Approximately 12 hours later, in a separate Instagram Live broadcast, HUDGINS appeared to be inside the same residence and wearing the same attire as Image 6. Data collected by Meta of this live broadcast identified that it occurred at a residence located at 1XXXX Chapel Street in Detroit, MI.

**ATTEMPTED SALE OF THE GLOCK 23**

16. On May 8, 2026, at approximately 12:01 AM, HUDGINS'S Instagram account sent an image of a Glock 23 pistol with an extended magazine, an affixed

Techna Clip, and a visible serial number "BCEA928" (Image 7) to an unknown individual.

IMAGE 7



17. In the background of Image 7 is a distinctive pair of jeans. I recognized that HUDGINS wore the same jeans on April 30, 2026, during an Instagram Live broadcast (Image 8). When HUDGINS sent Image 7, he described the firearm as a "23" and listed the price as "750." It did not appear that the sale was completed.

IMAGE 7



IMAGE 8



18. I contacted HUDGINS'S U.S. Probation Agent who confirmed that he met with HUDGINS on May 7, 2026, at approximately 3:00 PM in the Eastern District of Michigan. Also, HUDGINS was not authorized to travel outside the Easter District of Michigan.

**RECOVERY OF THE GLOCK 23 PISTOL**

19. I searched ATF eTrace for the Glock 23. I learned that on May 16, 2026, DPD recovered a loaded Glock 23 pistol with an affixed Techna Clip bearing serial number "BCEA928" from an unidentified individual who had run from police. I have examined the recovered Glock 23 (Image 9) and recognize it to be the same Glock HUDGINS was attempting to sell on May 8, 2026

IMAGE 9



**NEXUS**

20. On August 26, 2026, I provided ATF Interstate Nexus expert Kara Klupacs with a verbal description of the recovered firearm. Based on Special Agent Klupacs' training and experience, the Glock 23 was manufactured outside the state of Michigan and thus traveled in and affected interstate or foreign commerce.

**CONCLUSION**

21. There is probable cause to believe that Axzavier HUDGINS knowingly committed violations of 18 U.S.C. § 922(g)(1) (Felon in possession of a firearm) within the Eastern District of Michigan from on or about April 30, 2026, through on or about May 8, 2026.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: August 27, 2026